**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| IN RE: | Chapter 13 |
| Clifford A Barrett, Sr. and Mary G. Barrett | No.   10-44490 |
| Debtor | Hon.  A. Benjamin Goldgar |

**NOTICE OF FILING OF RESPONSE TO NOTICE OF FINAL CURE**

**To: See attached Service List**

PLEASE TAKE NOTICE that on March 21, 2016, I filed the attached <u>Response to Notice of Final Cure</u>, a copy of which is hereby served upon you.

_____/s/ Ross Brand_____

**Certificate of Service**

The undersigned certifies that she served a copy of the Notice of Filing and <u>Response to Notice of Final Cure</u> on the Debtor by depositing same in the United States mail at 65 E. Wacker Place, Chicago, Illinois 60601 at 5:00 p.m. with proper postage prepaid and via electronic notification on Edwin L Feld and Marilyn O Marshall on March 21, 2016.

_____/s/ Ross Brand_____

Ross Brand - Kluever & Platt, LLC
65 E. Wacker Place, Ste. 2300,
Chicago, IL 60601
312-201-6769

**This is an attempt to collect a debt.  Any information obtained will be used for that purpose.**

**SERVICE LIST**

Clifford A Barrett, Sr. and Mary G. Barrett
105 Oakhurst Road
Matteson, IL 60443

Marilyn O Marshall
224 South Michigan Ste. 800
Chicago, IL 60604

Edwin L Feld
Edwin L Feld & Associates, LLC
1 N LaSalle Street Suite 1225
Chicago, IL 60602